*Ex B*

Citi Simplicity® Card -4880

## Transaction Details

| Date | Description | | Amount |
|---|---|---|---|
| Jun 29, 2019 | MJSPREADING 2013036605 GA | | $20.44 |
| | **Additional Details** | | |
| | Transaction Type: | Purchases | |
| | Posted: | Jun 29, 2019 | |
| | Category: | Organizations - CHARITABLE/SOCIAL SERVICE ORGANIZATIONS | |
| | Reference Number: | 6X*7FNOS | |
| | Merchant Country: | United States | |