AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Craig Cunningham )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 4:19-cv-00494-ALM-CAN
)
Manasseh Jordan Ministries, Inc., et al )
)
)
)
Defendant(s) )

Eric Davidson /Co-Res
11-26-19  3:35pm
RC sps1500

**FILED**

DEC 0 2 2019

Clerk, U.S. District Court
Texas Eastern

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yakim Manessah Jordan , PO Box 3320 New York, New York, 10163
or 17001 Collins Ave., Apt 3202, Sunny Isles Beach, Florida 33160
or 708 3rd Ave., Floor 6, New York, New York 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 10 2019

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

**State of Texas**  **County of Eastern**  **District Court**

Case Number: 4:19-CV-494-ALM-CAN

Plaintiff:
**Craig Cunningham**

vs.

Defendant:
**Manasseh Jordan Ministries, Inc., et al**

For:
Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

Received by LEGAL EASE PROCESS SERVICE on the 26th day of November, 2019 at 10:01 am to be served on **Aaron B. Jordan c/o Yakim Manasseh Jordan, 2601 N. Rock Island Road, Apt. 106, Margate, FL 33063**.

I, Bruce Charlton, do hereby affirm that on the **26th day of November, 2019** at **3:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Eric Davidson** as **Co-Resident** at the address of: **12220 NW 68th Court, Parkland, FL 33076**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
A 2015 Black BMW in the driveway, tag# LLYJ43, server performed a search of the tag#, it is registered to Aaron B. Jordan.

I do hereby certify that I have no interest in the above styled action; that I am over the age of eighteen years; and that I am a Special Appointed Process Server in and for Broward County, Florida. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Bruce Charlton
SPS 1500

**LEGAL EASE PROCESS SERVICE**
1856 N. Nob Hill Road
Suite #403
Plantation, FL 33322
(954) 667-3783

Our Job Serial Number: GLD-2019001405

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c