**US DISTRICT COURT**
**Eastern District of Texas**

```
)    Craig Cunningham
)    Plaintiff, Pro-se
)
)       v.         Civ Action       4:19-cv-00494
)
) Manasseh Jordan Ministries, Inc., et al
)    Defendants.
```

### Plaintiff's Subpoena Instructions to Ytel, inc

My name is Matt Grofsky and I am making this affidavit as the custodian of records for Ytel, Inc.

Based on my knowledge of Ytel's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by Ytel in the ordinary course of business.

Based on my knowledge of Ytel's business records practices and procedures, the records were made at or near the time of occurence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

It is the regular practice of Ytel to make such a record of transactions and customer records in the ordinary course of business.

Additionally, in response to the subpoena, we have identified a customer of record and business records which have been produced in response:

Account number 18307,

Company Name: Manasseh Jordan Ministries

Account Created 2013-02-21

Current Status: Active

Account Owner Information

Name: Yakim Jordan

Address: 17121 Collins Ave., Sunny Isles Beach, FL 33160

Phone: 845-598-9974

email: fj@prophetmanasseh.com

## Documents Produced

We have attached the requested call records from account 18307 to the numbers requested in the subpoena,

> Excel filed titled "SUPT 15517- CompanyID 18307-CDR to 3 Numbers.csv",
>
> all caller ID's associated with account 18307, Excel filed titled "SUPT 15517- CompanyID18307-Numbers.csv",
>
> and billing transactions associated with account 18307. Excel file titled "SUPT 15517- CompanyID 18307-Transactions.csv"

These attachments are included as excel spreadsheets.

I declare under the penalty of perjury that the foregoing is true and correct.

Date 4/29/2020

By [signature]

Matt Grofsky, CTO