| From | To | Call date | Duration |
|---|---|---|---|
| 12544428713 | 14692071254 | 12/21/18 | 0.1 |
| 16823026083 | 14692071254 | 12/24/18 | 0.1 |
| 13463138807 | 14692071254 | 12/29/18 | 0.1 |
| 14234548915 | 16153481977 | 12/29/18 | 0.2 |
| 19019794666 | 16153481977 | 01/02/19 | 0.2 |
| 19722363938 | 14692071254 | 01/02/19 | 0.2 |
| 17372005659 | 14692071254 | 01/05/19 | 0.1 |
| 14234548915 | 16153481977 | 01/05/19 | 5.2 |
| 19019794666 | 16153481977 | 01/08/19 | 0.7 |
| 16822043401 | 14692071254 | 01/08/19 | 0.4 |
| 19019794662 | 16153481977 | 01/11/19 | 13.9 |
| 19798143899 | 14692071254 | 01/11/19 | 0.1 |
| 16822043401 | 14692071254 | 01/15/19 | 5.7 |
| 14234606036 | 16153481977 | 01/15/19 | 5.8 |
| 19019794662 | 16153481977 | 01/18/19 | 4.2 |
| 13463138807 | 14692071254 | 01/18/19 | 0.1 |
| 16822043401 | 14692071254 | 01/23/19 | 0.2 |
| 18303919528 | 14692071254 | 03/06/19 | 4 |
| 18328951849 | 14692071254 | 03/08/19 | 0.2 |
| 16822043401 | 14692071254 | 03/13/19 | 0.1 |
| 18303919528 | 14692071254 | 03/15/19 | 0.2 |
| 18174056307 | 14692071254 | 03/19/19 | 1 |
| 13463138810 | 14692071254 | 03/23/19 | 0.1 |
| 18303919528 | 14692071254 | 03/26/19 | 1.8 |
| 14092093033 | 14692071254 | 03/30/19 | 0.1 |
| 19722363938 | 14692071254 | 04/02/19 | 0.1 |
| 14092093033 | 14692071254 | 04/06/19 | 4.3 |
| 19722363938 | 14692071254 | 04/07/19 | 0.2 |
| 19038477460 | 14692071254 | 04/12/19 | 5.3 |
| 14234548915 | 16153481977 | 04/13/19 | 0.1 |
| 14234065991 | 16153481977 | 04/15/19 | 0.7 |
| 14234548910 | 16153481977 | 04/16/19 | 0.8 |
| 19038477460 | 14692071254 | 04/19/19 | 0.2 |
| 19019794665 | 16153481977 | 04/20/19 | 0.4 |
| 19798143899 | 14692071254 | 04/21/19 | 0.2 |
| 14092093033 | 14692071254 | 04/23/19 | 0.2 |
| 19019794663 | 16153481977 | 04/23/19 | 0.2 |
| 13257779726 | 14692071254 | 04/24/19 | 4.6 |
| 14234065991 | 16153481977 | 04/24/19 | 0.2 |
| 19038477460 | 14692071254 | 04/26/19 | 0.2 |
| 14234606028 | 16153481977 | 04/27/19 | 4.5 |
| 14234606008 | 16153481977 | 04/30/19 | 0.2 |
| 18328722956 | 14692071254 | 04/30/19 | 0.6 |
| 14234606079 | 16153481977 | 05/01/19 | 0.9 |
| 18303919528 | 14692071254 | 05/03/19 | 0.2 |
| 14234606028 | 16153481977 | 05/04/19 | 5.1 |

| | | | |
|---|---|---|---|
| 19019794663 | 16153481977 | 05/07/19 | 0.2 |
| 19798143904 | 14692071254 | 05/07/19 | 0.2 |
| 19019794672 | 16153481977 | 05/08/19 | 0.4 |
| 13612402177 | 14692071254 | 05/10/19 | 0.2 |
| 14234606028 | 16153481977 | 05/11/19 | 0.1 |
| 19019794663 | 16153481977 | 05/14/19 | 0.2 |
| 14234065991 | 16153481977 | 05/15/19 | 0.1 |
| 13463138810 | 14692071254 | 05/17/19 | 0.2 |
| 14234606028 | 16153481977 | 05/18/19 | 0.5 |
| 14232501996 | 16153481977 | 05/21/19 | 4.2 |
| 19362417869 | 14692071254 | 05/21/19 | 0.2 |
| 19019794677 | 16153481977 | 05/22/19 | 0.2 |
| 19019794665 | 16153481977 | 05/25/19 | 0.1 |
| 19722363938 | 14692071254 | 05/25/19 | 0.4 |
| 17312209601 | 16153481977 | 05/28/19 | 0.4 |
| 14234065991 | 16153481977 | 05/29/19 | 0.3 |
| 14092093033 | 14692071254 | 05/31/19 | 0.2 |
| 19019794665 | 16153481977 | 06/01/19 | 0.2 |
| 14322741340 | 14692071254 | 06/04/19 | 0.2 |
| 19312297989 | 16153481977 | 06/05/19 | 0.1 |
| 19019794677 | 16153481977 | 06/05/19 | 0.1 |
| 19362417808 | 14692071254 | 06/08/19 | 0.2 |
| 19012037796 | 16153481977 | 06/08/19 | 0.9 |
| 18302183282 | 14692071254 | 06/09/19 | 0.2 |
| 12109661594 | 14692071254 | 06/11/19 | 0.2 |
| 17312077860 | 16153481977 | 06/11/19 | 0.1 |
| 14234065991 | 16153481977 | 06/12/19 | 0.1 |
| 19362417869 | 14692071254 | 06/15/19 | 0.2 |
| 19012037738 | 16153481977 | 06/15/19 | 0.4 |
| 13462165069 | 14692071254 | 06/16/19 | 0.2 |
| 12109661594 | 14692071254 | 06/18/19 | 0.2 |
| 19312297989 | 16153481977 | 06/18/19 | 1.1 |
| 19019794675 | 16153481977 | 06/19/19 | 0.7 |
| 18062300082 | 14692071254 | 06/22/19 | 0.2 |
| 19012037796 | 16153481977 | 06/22/19 | 0.4 |
| 19362417869 | 14692071254 | 06/25/19 | 0.2 |
| 19312402854 | 16153481977 | 06/25/19 | 0.6 |
| 19019794677 | 16153481977 | 06/26/19 | 0.6 |
| 17372018536 | 14692071254 | 06/28/19 | 0.2 |
| 16292012398 | 16153481977 | 06/29/19 | 0.1 |
| 13462165115 | 14692071254 | 06/30/19 | 0.2 |
| 19312402854 | 16153481977 | 07/02/19 | 0.1 |
| 17372018536 | 14692071254 | 07/02/19 | 4.9 |
| 14234606083 | 16153481977 | 07/03/19 | 0.2 |
| 19159951620 | 14692071254 | 07/05/19 | 0.2 |
| 19012037738 | 16153481977 | 07/06/19 | 0.4 |
| 12142715651 | 14692071254 | 07/07/19 | 0.2 |

| | | | |
|---|---|---|---:|
| 19312402854 | 16153481977 | 07/09/19 | 2.8 |
| 19159951620 | 14692071254 | 07/09/19 | 5 |
| 14234606074 | 16153481977 | 07/10/19 | 0.1 |
| 19012037738 | 16153481977 | 07/13/19 | 0.4 |
| 14322741340 | 14692071254 | 07/13/19 | 0.2 |
| 13252212549 | 14692071254 | 07/14/19 | 0.2 |
| 19159951609 | 14692071254 | 07/15/19 | 0.4 |
| 19312402854 | 16153481977 | 07/16/19 | 0.6 |
| 14234606074 | 16153481977 | 07/17/19 | 1 |
| 19012037738 | 16153481977 | 07/20/19 | 0.2 |
| 19159951609 | 14692071254 | 07/20/19 | 0.2 |
| 19312297965 | 16153481977 | 07/21/19 | 0.2 |
| 19312402854 | 16153481977 | 07/23/19 | 0.4 |
| 14302005910 | 14692071254 | 07/24/19 | 0.2 |
| 19019794669 | 16153481977 | 07/24/19 | 0.1 |
| 12109661594 | 14692071254 | 07/27/19 | 0.2 |
| 17312209601 | 16153481977 | 07/27/19 | 0.8 |
| 12816127500 | 14692071254 | 07/28/19 | 0.2 |
| 18652051653 | 16153481977 | 07/30/19 | 0.6 |
| 14234606057 | 16153481977 | 07/31/19 | 1.1 |
| 19159951609 | 14692071254 | 08/03/19 | 0.2 |
| 19012037796 | 16153481977 | 08/03/19 | 0.4 |
| 14232501996 | 16153481977 | 08/06/19 | 0.1 |
| 14234606079 | 16153481977 | 08/07/19 | 1.1 |
| 14302005910 | 14692071254 | 08/10/19 | 0.2 |
| 19012037796 | 16153481977 | 08/10/19 | 0.1 |
| 17372018731 | 14692071254 | 08/11/19 | 0.2 |
| 18652058854 | 16153481977 | 08/11/19 | 0.1 |
| 14232501996 | 16153481977 | 08/13/19 | 0.2 |
| 19159951609 | 14692071254 | 08/14/19 | 0.2 |
| 19019794673 | 16153481977 | 08/14/19 | 0.1 |
| 19362417808 | 14692071254 | 08/16/19 | 0.3 |
| 16292012398 | 16153481977 | 08/17/19 | 0.1 |
| 17312209608 | 16153481977 | 08/18/19 | 0.1 |
| 19312297989 | 16153481977 | 08/20/19 | 0.1 |
| 14302005910 | 14692071254 | 08/20/19 | 0.2 |
| 14234606079 | 16153481977 | 08/21/19 | 0.1 |
| 19159951620 | 14692071254 | 08/23/19 | 0.8 |
| 17312209601 | 16153481977 | 08/24/19 | 0.1 |
| 17312077647 | 16153481977 | 08/25/19 | 0.4 |
| 14232501996 | 16153481977 | 08/27/19 | 0.5 |
| 19792273992 | 14692071254 | 08/28/19 | 0.2 |
| 19019794671 | 16153481977 | 08/28/19 | 0.1 |
| 19159951620 | 14692071254 | 08/30/19 | 0.2 |
| 16292012398 | 16153481977 | 08/31/19 | 0.2 |
| 19019794669 | 16153481977 | 08/31/19 | 0.2 |
| 19792273955 | 14692071254 | 09/01/19 | 0.2 |

| | | | |
|---|---|---|---:|
| 17312209608 | 16153481977 | 09/01/19 | 0.4 |
| 17312077860 | 16153481977 | 09/03/19 | 0.1 |
| 14322741340 | 14692071254 | 09/03/19 | 5.3 |
| 14234606079 | 16153481977 | 09/06/19 | 0.2 |
| 19562755621 | 14692071254 | 09/06/19 | 0.2 |
| 14232501996 | 16153481977 | 09/07/19 | 0.8 |
| 13612251125 | 14692071254 | 09/08/19 | 0.2 |
| 19312402854 | 16153481977 | 09/10/19 | 0.1 |
| 19362417869 | 14692071254 | 09/11/19 | 0.3 |
| 14234065991 | 16153481977 | 09/11/19 | 0.1 |
| 14302005910 | 14692071254 | 09/14/19 | 0.2 |
| 13252461804 | 14692071254 | 09/15/19 | 0.2 |
| 12109661594 | 14692071254 | 09/17/19 | 0.2 |
| 12109661594 | 14692071254 | 09/20/19 | 0.2 |
| 14322741374 | 14692071254 | 09/22/19 | 0.2 |
| 14302005910 | 14692071254 | 09/24/19 | 0.2 |
| 17372018536 | 14692071254 | 09/27/19 | 0.9 |
| 14322741340 | 14692071254 | 10/01/19 | 0.2 |
| 14302160799 | 14692071254 | 10/04/19 | 0.2 |
| 18062300096 | 14692071254 | 10/06/19 | 0.3 |
| 18062300082 | 14692071254 | 10/08/19 | 0.2 |
| 12143604544 | 14692071254 | 10/11/19 | 0.2 |
| 19402832213 | 14692071254 | 10/13/19 | 0.2 |
| 19159951609 | 14692071254 | 10/15/19 | 0.2 |
| 19363058267 | 14692071254 | 10/18/19 | 0.2 |
| 13612401632 | 14692071254 | 10/20/19 | 0.2 |
| 13612401634 | 14692071254 | 10/25/19 | 0.2 |
| 16823026231 | 14692071254 | 10/27/19 | 0.6 |
| 18062300046 | 14692071254 | 10/29/19 | 0.3 |
| 18176979167 | 14692071254 | 11/02/19 | 0.2 |
| 12147406839 | 14692071254 | 11/03/19 | 0.2 |
| 13612401634 | 14692071254 | 11/05/19 | 0.2 |
| 19792014497 | 14692071254 | 11/08/19 | 0.2 |
| 13612401632 | 14692071254 | 11/10/19 | 0.2 |
| 14302005910 | 14692071254 | 11/12/19 | 0.2 |
| 18062300046 | 14692071254 | 11/15/19 | 0.8 |
| 19564680939 | 14692071254 | 11/17/19 | 0.2 |
| 18062300046 | 14692071254 | 11/20/19 | 0.2 |
| 13612401634 | 14692071254 | 11/22/19 | 0.2 |
| 13619292182 | 14692071254 | 11/24/19 | 0.2 |
| 18302191356 | 14692071254 | 11/26/19 | 0.5 |
| 18176979165 | 14692071254 | 11/29/19 | 0.2 |
| 18329530768 | 14692071254 | 12/03/19 | 0.2 |
| 16055628665 | 14692071254 | 12/06/19 | 0.2 |
| 13252301815 | 14692071254 | 12/08/19 | 0.2 |
| 19363058267 | 14692071254 | 12/10/19 | 1 |
| 16055628544 | 14692071254 | 12/13/19 | 0.2 |

| | | | |
|---|---|---|---|
| 13619292182 | 14692071254 | 12/15/19 | 0.3 |
| 16055628595 | 14692071254 | 12/17/19 | 0.1 |
| 19363058267 | 14692071254 | 12/20/19 | 0.2 |
| 19792273937 | 14692071254 | 12/22/19 | 0.2 |
| 13612401634 | 14692071254 | 12/24/19 | 0.3 |
| 13612401634 | 14692071254 | 12/27/19 | 0.1 |
| 13612401646 | 14692071254 | 12/29/19 | 0.2 |
| 18302191356 | 14692071254 | 12/31/19 | 0.1 |