| did_number | | | |
|---|---|---|---|
| 2104696628 | 4092107319 | 8063023164 | 9152574539 |
| 2104697517 | 4092139098 | 8173695573 | 9152576603 |
| 2104698501 | 4092201050 | 8173695619 | 9152578817 |
| 2104698528 | 4092260124 | 8174056257 | 9362417869 |
| 2104698534 | 4092280723 | 8174056275 | 9362417808 |
| 2104698560 | 4092280714 | 8174056307 | 9362417915 |
| 2109661594 | 4092180249 | 8174056309 | 9362417899 |
| 2108164704 | 4094014793 | 8174056670 | 9362417804 |
| 2109661667 | 4095720147 | 8174056672 | 9363058267 |
| 2104059666 | 4095720152 | 8172524678 | 9363057899 |
| 2104059876 | 4095720158 | 8172524679 | 9362510931 |
| 2104056111 | 4302280982 | 8174762333 | 9363058249 |
| 2104635952 | 4302280929 | 8174846918 | 9362156575 |
| 2105281629 | 4302160799 | 8175278073 | 9362156576 |
| 2106420756 | 4302005910 | 8176182768 | 9362156578 |
| 2142715651 | 4302013575 | 8176184303 | 9404416112 |
| 2149749375 | 4302053651 | 8172077144 | 9404416115 |
| 2142715660 | 4302053774 | 8172077183 | 9403107921 |
| 2143604544 | 4302064094 | 8172077148 | 9402677201 |
| 2147406839 | 4302160848 | 8176979165 | 9402677191 |
| 2143604554 | 4302464764 | 8176979167 | 9402677317 |
| 2543008942 | 4302464761 | 8176979157 | 9402677328 |
| 2542551103 | 4302464766 | 8176979152 | 9402677351 |
| 2542551198 | 4302409979 | 8176979185 | 9402832410 |
| 2542561482 | 4302409970 | 8176979178 | 9402832213 |
| 2542561206 | 4302005790 | 8177749979 | 9402832093 |
| 2543552894 | 4302005848 | 8177749987 | 9402832248 |
| 2543742005 | 4302288597 | 8178578872 | 9402677296 |
| 2543827335 | 4322013007 | 8302569089 | 9402677703 |
| 3252685125 | 4322013012 | 8302569091 | 9402677734 |
| 3252685129 | 4322013016 | 8303919503 | 9563700347 |
| 3252685357 | 4322014366 | 8303919505 | 9563700350 |
| 3252685519 | 4322014368 | 8303919521 | 9563700353 |
| 3252685523 | 4322741340 | 8303919528 | 9563700355 |
| 3254003526 | 4322351948 | 8303919533 | 9563700362 |
| 3254003907 | 4322741374 | 8304206102 | 9563700363 |
| 3257779723 | 4322741265 | 8304206122 | 9563700364 |
| 3257779724 | 4322896829 | 8304206219 | 9563700365 |
| 3257779725 | 4322896896 | 8304206216 | 9563700369 |
| 3257779726 | 4322872631 | 8304206132 | 9563700371 |
| 3257779728 | 4322896949 | 8304206240 | 9563700393 |
| 3257779730 | 4322896842 | 8304206144 | 9563700372 |
| 3257779731 | 4322741347 | 8304206205 | 9563700401 |
| 3252081627 | 4322741423 | 8304206209 | 9563700384 |
| 3257779732 | 4322741426 | 8302183266 | 9563700375 |
| 3257779733 | 4692080251 | 8302183276 | 9563700379 |

| | | | |
|---|---|---|---|
| 3257779734 | 4692080269 | 8302183258 | 9563700380 |
| 3257779735 | 4692109409 | 8302183275 | 9563700389 |
| 3252212549 | 4692149309 | 8302183282 | 9562755621 |
| 3252461467 | 4694057638 | 8302183261 | 9562755623 |
| 3252212675 | 4692817443 | 8302183241 | 9562755602 |
| 3252389892 | 4694057784 | 8302183263 | 9562755605 |
| 3252389956 | 4694057846 | 8302191356 | 9562755615 |
| 3252461804 | 4692816875 | 8302392992 | 9562755611 |
| 3252411410 | 4694057304 | 8302392944 | 9562755618 |
| 3252389997 | 4694057326 | 8302392832 | 9564680887 |
| 3252301829 | 5123994077 | 8302184430 | 9564680939 |
| 3252301819 | 5123994078 | 8302184927 | 9562759653 |
| 3252301775 | 5123994073 | 8302191801 | 9562614545 |
| 3252301815 | 5123994095 | 8324628765 | 9562775998 |
| 3252411232 | 5123994076 | 8328722937 | 9722363915 |
| 3252411379 | 5123994079 | 8328722939 | 9722363916 |
| 3257771098 | 5123994086 | 8328722956 | 9722363917 |
| 3463138805 | 5123994088 | 8328951847 | 9722363927 |
| 3463138806 | 5123992592 | 8328951849 | 9722363938 |
| 3463138807 | 5123998408 | 8328951850 | 9722363943 |
| 3463138808 | 5123998397 | 8328951865 | 9722363950 |
| 3463138809 | 5122566427 | 8328951868 | 9722363953 |
| 3463138810 | 5122566434 | 8329533867 | 9722363958 |
| 3463138812 | 5122624340 | 8329534136 | 9722363954 |
| 3462462162 | 6822043379 | 8328951869 | 9722363964 |
| 3463138815 | 6822043380 | 8328951894 | 9722363970 |
| 3463138816 | 6822043385 | 8329534084 | 9722363957 |
| 3462457847 | 6822043401 | 8328951881 | 9722363960 |
| 3463138817 | 6822043403 | 8328951891 | 9722363962 |
| 3462457827 | 6822043405 | 8329534077 | 9723478227 |
| 3462457881 | 6822043406 | 8322617888 | 9724272067 |
| 3463138818 | 6822043413 | 8323070205 | 9729475980 |
| 3463138820 | 6822043411 | 8329530768 | 9723325376 |
| 3463138821 | 6822043412 | 8329530796 | 9724273194 |
| 3462165115 | 6822043416 | 8329530798 | 9793258035 |
| 3462165069 | 6822043417 | 8329530864 | 9792706580 |
| 3462143679 | 6822044742 | 8324903121 | 9798143897 |
| 3462715405 | 6822041183 | 8324903644 | 9798143898 |
| 3462715469 | 6822041939 | 8324903658 | 9798143899 |
| 3462715449 | 6823026215 | 8324903715 | 9798143903 |
| 3462457824 | 6823026231 | 9034227102 | 9798143904 |
| 3462715395 | 6822047810 | 9038477454 | 9798143906 |
| 3462715515 | 6823015731 | 9038477455 | 9799775449 |
| 3462714718 | 6823015910 | 9038477456 | 9799770621 |
| 3462714736 | 6822048033 | 9038477457 | 9798143908 |
| 3462714748 | 6822773153 | 9038477458 | 9798143909 |
| 3614002814 | 6822773277 | 9038477459 | 9798143910 |

| | | | |
|---|---|---|---|
| 3615416052 | 7138429202 | 9038477460 | 9798144018 |
| 3612402170 | 7136091180 | 9038477461 | 9798143911 |
| 3612402171 | 7273463997 | 9038477463 | 9798143912 |
| 3612402172 | 7273011781 | 9038477465 | 9798143913 |
| 3612402176 | 7273011915 | 9032658237 | 9792273992 |
| 3612402177 | 7279980093 | 9032512069 | 9792273993 |
| 3612402178 | 7272612783 | 9032701238 | 9792273955 |
| 3612407374 | 7278008331 | 9032701232 | 9792014497 |
| 3612406248 | 7278008387 | 9038477466 | 9792273976 |
| 3612402180 | 7272631108 | 9032701255 | 9794260658 |
| 3612402181 | 7272950464 | 9038477467 | 9794260659 |
| 3612402182 | 7272951289 | 9038477468 | 9794260710 |
| 3612402202 | 7273397362 | 9038477469 | 9792273937 |
| 3612402183 | 7372005658 | 9032012436 | 9794260706 |
| 3612402184 | 7372005659 | 9032012421 | 9792435844 |
| 3612402185 | 7372018536 | 9034003356 | 9792435908 |
| 3612098494 | 7372005847 | 9034002912 | 9792435913 |
| 3612251116 | 7372018814 | 9034003160 | |
| 3612251109 | 7372018731 | 9034002980 | |
| 3612251135 | 7372018527 | 9034003142 | |
| 3612143099 | 7372212004 | 9034002185 | |
| 3612251125 | 7372212109 | 9034003460 | |
| 3612401634 | 7372142298 | 9034003501 | |
| 3612401629 | 7372210144 | 9152430244 | |
| 3612401652 | 7372210289 | 9152130790 | |
| 3618006641 | 7372210468 | 9152131834 | |
| 3612401648 | 8063008964 | 9152131936 | |
| 3612401632 | 8065002466 | 9152132504 | |
| 3619292182 | 8065002499 | 9152132824 | |
| 3612401646 | 8065002589 | 9152291123 | |
| 3612401630 | 8065002826 | 9152292915 | |
| 3613165183 | 8065002834 | 9153209007 | |
| 3612353341 | 8068536497 | 9152296798 | |
| 3612353347 | 8063106692 | 9152436545 | |
| 3612353415 | 8063106850 | 9158008660 | |
| 4092026708 | 8063106793 | 9152450420 | |
| 4092007077 | 8063106836 | 9152470369 | |
| 4092035178 | 8063106718 | 9152470378 | |
| 4092062296 | 8063106720 | 9152470395 | |
| 4092062313 | 8063106755 | 9159951609 | |
| 4092071416 | 8062300082 | 9159951620 | |
| 4092092653 | 8062300069 | 9159951624 | |
| 4092093033 | 8062300071 | 9159951380 | |
| 4092102789 | 8062300057 | 9159951625 | |
| 4092103286 | 8062300096 | 9156719951 | |
| 4095720572 | 8062300046 | 9156719924 | |
| 4095720591 | 8063023624 | 9156719945 | |

| | | |
|---|---|---|
| 4092103395 | 8063023699 | 9156719912 |
| 4092350297 | 8062300326 | 9153335968 |
| 4092107318 | 8062300877 | 9156719935 |