**Tx CID to Texas Number**

| From | To | Call date | Duration | Shaded calls represent months where MJ Ministries paid directly for calls |
|---|---|---|---|---|
| 12544428713 | 14692071254 | 12/21/18 | 0.1 | 95 total calls from Texas CID to Texas CID |
| 16823026083 | 14692071254 | 12/24/18 | 0.1 | |
| 13463138807 | 14692071254 | 12/29/18 | 0.1 | |
| 19722363938 | 14692071254 | 01/02/19 | 0.2 | |
| 17372005659 | 14692071254 | 01/05/19 | 0.1 | |
| 16822043401 | 14692071254 | 01/08/19 | 0.4 | |
| 19798143899 | 14692071254 | 01/11/19 | 0.1 | |
| 16822043401 | 14692071254 | 01/15/19 | 5.7 | |
| 13463138807 | 14692071254 | 01/18/19 | 0.1 | |
| 16822043401 | 14692071254 | 01/23/19 | 0.2 | |
| 18303919528 | 14692071254 | 03/06/19 | 4 | |
| 18328951849 | 14692071254 | 03/08/19 | 0.2 | |
| 16822043401 | 14692071254 | 03/13/19 | 0.1 | |
| 18303919528 | 14692071254 | 03/15/19 | 0.2 | |
| 18174056307 | 14692071254 | 03/19/19 | 1 | |
| 13463138810 | 14692071254 | 03/23/19 | 0.1 | |
| 18303919528 | 14692071254 | 03/26/19 | 1.8 | |
| 14092093033 | 14692071254 | 03/30/19 | 0.1 | |
| 19722363938 | 14692071254 | 04/02/19 | 0.1 | |
| 14092093033 | 14692071254 | 04/06/19 | 4.3 | |
| 19722363938 | 14692071254 | 04/07/19 | 0.2 | |
| 19038477460 | 14692071254 | 04/12/19 | 5.3 | |
| 19038477460 | 14692071254 | 04/19/19 | 0.2 | |
| 19798143899 | 14692071254 | 04/21/19 | 0.2 | |
| 14092093033 | 14692071254 | 04/23/19 | 0.2 | |
| 13257779726 | 14692071254 | 04/24/19 | 4.6 | |
| 19038477460 | 14692071254 | 04/26/19 | 0.2 | |
| 18328722956 | 14692071254 | 04/30/19 | 0.6 | |
| 18303919528 | 14692071254 | 05/03/19 | 0.2 | |
| 19798143904 | 14692071254 | 05/07/19 | 0.2 | |
| 13612402177 | 14692071254 | 05/10/19 | 0.2 | |
| 13463138810 | 14692071254 | 05/17/19 | 0.2 | |
| 19722363938 | 14692071254 | 05/25/19 | 0.4 | |
| 14092093033 | 14692071254 | 05/31/19 | 0.2 | |
| 14322741340 | 14692071254 | 06/04/19 | 0.2 | |
| 18302183282 | 14692071254 | 06/09/19 | 0.2 | |
| 12109661594 | 14692071254 | 06/11/19 | 0.2 | |
| 13462165069 | 14692071254 | 06/16/19 | 0.2 | |
| 12109661594 | 14692071254 | 06/18/19 | 0.2 | |
| 18062300082 | 14692071254 | 06/22/19 | 0.2 | |
| 17372018536 | 14692071254 | 06/28/19 | 0.2 | |
| 13462165115 | 14692071254 | 06/30/19 | 0.2 | |
| 17372018536 | 14692071254 | 07/02/19 | 4.9 | |
| 12142715651 | 14692071254 | 07/07/19 | 0.2 | |
| 14322741340 | 14692071254 | 07/13/19 | 0.2 | |
| 13252212549 | 14692071254 | 07/14/19 | 0.2 | |
| 14302005910 | 14692071254 | 07/24/19 | 0.2 | |

| | | | |
|---|---|---|---|
| 12109661594 | 14692071254 | 07/27/19 | 0.2 |
| 12816127500 | 14692071254 | 07/28/19 | 0.2 |
| 14302005910 | 14692071254 | 08/10/19 | 0.2 |
| 17372018731 | 14692071254 | 08/11/19 | 0.2 |
| 14302005910 | 14692071254 | 08/20/19 | 0.2 |
| 19792273992 | 14692071254 | 08/28/19 | 0.2 |
| 19792273955 | 14692071254 | 09/01/19 | 0.2 |
| 14322741340 | 14692071254 | 09/03/19 | 5.3 |
| 19562755621 | 14692071254 | 09/06/19 | 0.2 |
| 13612251125 | 14692071254 | 09/08/19 | 0.2 |
| 14302005910 | 14692071254 | 09/14/19 | 0.2 |
| 13252461804 | 14692071254 | 09/15/19 | 0.2 |
| 12109661594 | 14692071254 | 09/17/19 | 0.2 |
| 12109661594 | 14692071254 | 09/20/19 | 0.2 |
| 14322741374 | 14692071254 | 09/22/19 | 0.2 |
| 14302005910 | 14692071254 | 09/24/19 | 0.2 |
| 17372018536 | 14692071254 | 09/27/19 | 0.9 |
| 14322741340 | 14692071254 | 10/01/19 | 0.2 |
| 14302160799 | 14692071254 | 10/04/19 | 0.2 |
| 18062300096 | 14692071254 | 10/06/19 | 0.3 |
| 18062300082 | 14692071254 | 10/08/19 | 0.2 |
| 12143604544 | 14692071254 | 10/11/19 | 0.2 |
| 13612401632 | 14692071254 | 10/20/19 | 0.2 |
| 13612401634 | 14692071254 | 10/25/19 | 0.2 |
| 16823026231 | 14692071254 | 10/27/19 | 0.6 |
| 18062300046 | 14692071254 | 10/29/19 | 0.3 |
| 18176979167 | 14692071254 | 11/02/19 | 0.2 |
| 12147406839 | 14692071254 | 11/03/19 | 0.2 |
| 13612401634 | 14692071254 | 11/05/19 | 0.2 |
| 19792014497 | 14692071254 | 11/08/19 | 0.2 |
| 13612401632 | 14692071254 | 11/10/19 | 0.2 |
| 14302005910 | 14692071254 | 11/12/19 | 0.2 |
| 18062300046 | 14692071254 | 11/15/19 | 0.8 |
| 19564680939 | 14692071254 | 11/17/19 | 0.2 |
| 18062300046 | 14692071254 | 11/20/19 | 0.2 |
| 13612401634 | 14692071254 | 11/22/19 | 0.2 |
| 13619292182 | 14692071254 | 11/24/19 | 0.2 |
| 18302191356 | 14692071254 | 11/26/19 | 0.5 |
| 18176979165 | 14692071254 | 11/29/19 | 0.2 |
| 18329530768 | 14692071254 | 12/03/19 | 0.2 |
| 13252301815 | 14692071254 | 12/08/19 | 0.2 |
| 13619292182 | 14692071254 | 12/15/19 | 0.3 |
| 19792273937 | 14692071254 | 12/22/19 | 0.2 |
| 13612401634 | 14692071254 | 12/24/19 | 0.3 |
| 13612401634 | 14692071254 | 12/27/19 | 0.1 |
| 13612401646 | 14692071254 | 12/29/19 | 0.2 |
| 18302191356 | 14692071254 | 12/31/19 | 0.1 |