**MJM Wire Transfers Ex E-1**

| July 2019 | $12,500.00 | 6 month total | 8 transactions |
|---|---|---|---|
| $5,000.00 | 07/15 | **$56,500.00** | |
| $5,000.00 | 07/22 | | |
| $2,500.00 | 07/30 | | |
| **June 2019** | $35,000.00 | | |
| $15,000.00 | 06/03 | | |
| $15,000.00 | 06/10 | | |
| $2,500.00 | 06/19 | | |
| $2,500.00 | 06/25 | | |
| **May 2019** | 0 | | |
| **April 2019** | $9,000.00 | | |
| $9,000.00 | 04/04 | | |