IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MANESSEH JORDAN MINISTRIES, INC.; BUILLON FITNESS INC.; KINGDOM MINISTRIES CHURCH INC.; YAKIM MANESSEH JORDAN a/k/a MANESSEH JORDAN; MJ MINISTRIES SPREADING THE GOSPEL, INC.; and JOHN AND JANE DOES 1-5, | § § § § § § § § § § | CASE NO.: 4:19-cv-00494-SDJ-CAN |
| Defendants. | § | |

**DEFENDANT MJ MINISTRIES SPREADING THE GOSPEL, INC'S NOTICE REGARDING STATUS OF SETTLEMENT**

Defendant MJ Ministries Spreading the Gospel, Inc. ("MJ Ministries" or "Defendant") hereby files this Notice regarding the status of the settlement reached between the parties as required by the Court's September 18, 2020 Order (ECF No. 104):

1. On August 5, 2020, the Court stayed this matter so that the parties could pursue resolution through mediation. (ECF No. 98).

2. The parties attended a mediation with the Honorable James Jordan (Ret.) on August 17, 2020.

3. The parties agreed to resolve the matter at the mediation and signed a Mediated Agreement on August 17, 2020 setting forth the terms of the settlement.

4. Following the mediation, the parties proceeded to negotiate the terms of a Settlement Agreement and Release ("Release").

5. The parties reached an agreement on the terms of the Release on September 29, 2020.

6. Plaintiff executed the Release on September 29, 2020.

7. On September 30, 2020, MJ Ministries executed the Release.

8. On October 9, 2020 the parties agreed to the terms of a Confession of Judgment, which is to be filed with the Court today.

9. As such, the parties report that settlement has been finalized.

10. In light of the terms of the confidential Release, the parties jointly request that this Court stay the current action for a period of seven (7) months.

DATED THIS 9TH DATE OF OCTOBER, 2020.

Respectfully submitted,

**GORDON & REES, LLP**

*/s/ Jason Irvin*
**JASON IRVIN**
State Bar No. 24032460
jirvin@grsm.com

2200 Ross Avenue, Suite 3700
Dallas, Texas  75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

**ATTORNEY FOR DEFENDANT
MJ MINISTRIES SPREADING THE GOSPEL, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 9, 2020, a true and correct copy of the foregoing document was served on Plaintiff via First Class Mail and email to the following address:

Craig Cunningham<br>
3000 Custer Road, Suite 270-206<br>
Plano, TX 75075

                                  */s/ Jason Irvin*
                                  JASON IRVIN