UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS



FILED
APR 19 2021
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| CRAIG CUNNINGHAM, Plaintiff,<br><br>v.<br><br>Manasseh Jordan Ministries, Inc., aka Bullion Fitness Inc., aka Kingdom Ministries Church., Inc., Yakim Manasseh Jordan, aka Manasseh Jordan, MJ Ministries Spreading the Gospel, Inc., John/Jane Does 1-5<br><br>**Defendant** | §§§§§§§§§§ 4:19-cv-494 |

**Plaintiff's Motion to Dismiss with prejudice**

1. The Plaintiff hereby moves to dismiss his claims against all defendants filed in this lawsuit with prejudice

*Craig Cunningham*
Plaintiff,            4/19/2021

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Manasseh Jordan Ministries, Inc., aka Bullion Fitness Inc., aka Kingdom Ministries Church., Inc., Yakim Manasseh Jordan, aka Manasseh Jordan, MJ Ministries Spreading the Gospel, Inc., John/Jane Does 1-5 **Defendant** | § § § § § § § § § § |

**Certificate of Service**

1. I hereby certify a true copy of the foregoing was mailed to the defendants in this case.

*Craig Cunningham*
Plaintiff,                    4/19/2021

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075