IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| MANESSEH JORDAN MINISTRIES, INC.; § | |
| BUILLON FITNESS INC.; KINGDOM § | CASE NO.: 4:19-cv-00494-SDJ-CAN |
| MINISTRIES CHURCH INC.; YAKIM § | |
| MANESSEH JORDAN a/k/a MANESSEH § | |
| JORDAN; MJ MINISTRIES SPREADING § | |
| THE GOSPEL, INC.; and JOHN AND § | |
| JANE DOES 1-5, § | |
| § | |
| Defendants. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own attorney's fees and costs.

DATED THIS 27th DATE OF MAY, 2021.

Respectfully submitted,

*Craig Cunningham*

**Pro Se**

 */s/ Jason J. Irvin*
**JASON J. IRVIN – Attorney in Charge**
Texas State Bar No. 24032460
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
jirvin@grsm.com
Telephone: (214) 231-4714

**ATTORNEY FOR DEFENDANT MJ MINISTRIES SPREADING THE GOSPEL, INC.**