# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MANESSEH JORDAN MINISTRIES, INC.; BUILLON FITNESS INC.; KINGDOM MINISTRIES CHURCH INC.; YAKIM MANESSEH JORDAN a/k/a MANESSEH JORDAN; MJ MINISTRIES SPREADING THE GOSPEL, INC.; and JOHN AND JANE DOES 1-5, | § § § § § § § § § | CASE NO.: 4:19-cv-00494-SDJ-CAN |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that all claims and cross-claims in the above-captioned action be and are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own attorney's fees and costs.

DATED THIS 10th DATE OF JUNE, 2021.

**CRAIG CUNNINGHAM**

Pro Se

Respectfully submitted,

_____
**JASON J. IRVIN – Attorney in Charge**
Texas State Bar No. 24032460
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
jirvin@grsm.com
Telephone: (214) 231-4714

**ATTORNEY FOR DEFENDANT MJ MINISTRIES SPREADING THE GOSPEL, INC.**

_Aaron Jordan_
**AARON JORDAN**
**Pro Se**

_Naomi Cook_
**NAOMI COOK**
**Pro Se**